IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 14 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:10-cr-134-03-DPM

MITCHELL THIELE     DEFENDANTS

### ORDER

Thiele's motion for correction of sentence, *Document No. 90*, is granted for good cause. The Court did make a clear error: it thought Thiele could continue to work at his various businesses during community confinement. As he explains in his motion, this is not possible given the geography and the City of Faith's rules. The Court therefore corrects the probated sentence to reflect that Thiele serve the first six months on home detention (on the terms previously pronounced) with no condition of community confinement. The Court makes this change under FED. R. CRIM. P. 35(a) and under 18 U.S.C. § 3563(c).

Since pronouncing the probated sentence on Thiele, the Court has continued to ponder the conditions imposed. The Court is mindful that, in

general, a change of mind is an insufficient reason in law for changing the sentence imposed. *E.g., United States v. Sadler*, 234 F.3d 368, 373-74 (8th Cir. 2000). But the Court may modify the conditions of probation. 18 U.S.C. § 3563(c); FED. R. CRIM. P. 32.1(c); *United States v. Davies*, 380 F.3d 329, 332 (8th Cir. 2004). The Court is considering modifying the conditions of Thiele's probation to be a total of four months in home detention—a reduction to make the sentence sufficient but not greater than necessary to achieve all 18 U.S.C. § 3553(a)'s goals. All other terms of the probated sentence as pronounced would remain intact, except the already-corrected community confinement element. To decide whether to hold a hearing on this possibility, FED. R. CRIM. P. 32.1(c)(2)(C), the Court requests that the Government file any objection or other paper by 20 December 2011. Though he need not file anything, FED. R. CRIM. P. 32.1(c)(2)(B), Thiele may respond to the possible modification by that date too.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 December 2011